456.  PASCHAL & SON *v.* MOLINE JEWELRY COMPANY.

POWELL, J.  A judgment was rendered in a county court against the individual members of a partnership; an appeal was entered in the name of the partnership by its attorney at law, and the sole surety was one of the partners against whom judgment had been rendered.  *Held,* that the appeal was a nullity, was not amendable, and was properly dismissed on motion.  *Gordy* v. *Robertson,* 26 *Ga.* 410, and cases cited in the footnotes; *Fisher* v. *Pearson,* 1 *Ga. App.* 517, and cit., 57 S. E. 1018.
                                    *Judgment affirmed.*

Appeal, from Putnam superior court—Judge Lewis. March 18, 1907.

Submitted June 25,—Decided July 10, 1907.

*W. T. Davidson,* for plaintiff in error.

*Turner & Adams,* contra.